IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTRIANA WRIGHT, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. CIV-19-768-STE |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) |
| *Defendant*. | ) |

**ORDER**

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 4] in its entirety. For the reasons stated therein, the Court finds Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] is **DENIED**. If Plaintiff fails to pay the $400.00 filing fee in full to the Clerk of the Court within twenty-one (21) days of the issuance of this Order, this action shall be dismissed without prejudice to refiling pursuant to LCvR 3.3(e).

**IT IS SO ORDERED** this 17th day of September 2019.

TIMOTHY D. DeGIUSTI
Chief United States District Judge