IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| ANTRIANA WRIGHT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-19-768 |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

## ORDER

United States Magistrate Judge Shon Erwin issued a Report and Recommendation in this matter on February 10, 2020.[1] In it, Judge Erwin recommends dismissal of this action without prejudice for Plaintiff's failure to pay the filing fee as ordered by the Court. Plaintiff Antriana Wright was advised of her right to object,[2] but she did not.

Upon a de novo review of the record, the Court **ADOPTS** the Report and Recommendation in full. Accordingly, this matter is **DISMISSED** without prejudice.

**IT IS SO ORDERED this 3rd day of March, 2020.**

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[1] *See* Report & Recommendation (Dkt. 9).

[2] *See id.* at 2–3.